636

29 So.2d 894
**Amos CAMPBELL v. STATE.**
4 Div. 985.

Court of Appeals of Alabama.
Nov. 12, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

33 So.2d 274
**Eddie CAMPBELL v. STATE.**
2 Div. 754.

Court of Appeals of Alabama.
Nov. 4, 1947.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

32 So.2d 174
**Estelle CAMPBELL v. STATE.**
8 Div. 590.

Court of Appeals of Alabama.
June 10, 1947.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

34 So.2d 867
**Nolen CAMPBELL v. STATE.**
2 Div. 772.

Court of Appeals of Alabama.
March 23, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

34 So.2d 867
**Nolen CAMPBELL v. STATE.**
2 Div. 773.

Court of Appeals of Alabama.
March 23, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

35 So.2d 917
**Noleon (alias N. O.) CAMPBELL v. STATE.**
6 Div. 548.

Court of Appeals of Alabama.
April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.